PER CURIAM.

(No. 75-CC-543— )

DON SULLIVAN, CITY TREASURER OF METROPOLIS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 10, 1976.*

297

Don Sullivan, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.